7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Shelly Ann Norris
*Debtor*

*Bankruptcy Case No.*
11–31124–can7

**Norman Rouse**
 Plaintiff(s)

*Adversary Case No.*
13–03004–can

v.

**Shelly Ann Norris**
 Defendant(s)

# JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the Defendants discharge is revoked pursuant to 11 U.S.C. Section 727. The clerk of the Bankruptcy Court is ordered to notify all parties of interest of the revocation of the Defendants discharge.

Ann Thompson
Court Executive

By: /s/ Jamie McAdams
 Deputy Clerk



Date of issuance: 6/26/13

Court to serve